IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-CR-00049-KDB-DCK-2

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DEVIN QUAMAINE TEMPLETON | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant Devin Quamaine Templeton's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 67). This is Defendant's second filing with the Court asserting the same general complaints and requesting compassionate release. (Doc. Nos. 65). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion properly supported by evidence and after exhaustion of his administrative remedies.

This Court has previously addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior rulings.

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 67), is **DENIED** without prejudice to a renewed motion properly supported by evidence and after exhaustion of his administrative remedies.

**SO ORDERED.**

Signed: January 4, 2021

Kenneth D. Bell
United States District Judge