IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-CR-00049-KDB-DCK-2

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEVIN QUAMAINE TEMPLETON | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Devin Quamaine Templeton's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 70). This is Defendant's third filing with the Court asserting the same general complaints and requesting compassionate release. (Doc. Nos. 65, 67). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion after exhaustion of his administrative remedies.

Defendant has petitioned the warden twice for compassionate release and been denied both times. It appears the Defendant has submitted an appeal to the Regional Director of the Mid-Atlantic Regional Office dated April 7, 2021 and is awaiting a response. Thus, the Defendant has not exhausted all administrative appeals of the warden's adverse decisions that are available to him within the BOP. This Court has previously addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior rulings.

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 70), is **DENIED** without prejudice to a renewed motion after exhaustion of his administrative remedies.

**SO ORDERED.**

Signed: April 27, 2021

Kenneth D. Bell
United States District Judge